# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOM HICKE,** | ) Case No. 3:15-cv-01977-WQH-BLM |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **FACTOR TRUST,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Joint Motion of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorney fees.

Dated: October 8, 2015

Hon. William Q. Hayes
United States District Judge